UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GUARINO,<br><br>              Plaintiff,<br><br>v.<br><br>ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS, HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS, ADRIAN COPPIETERS, and GEORGE DEMAKOS,<br><br>              Defendants. | CASE NO. 07-cv-11618 |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff, Steven Guarino hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: December 27, 2007                              **BRODSKY & SMITH, LLC**

By:*s/ Evan J. Smith, Esquire*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

*Attorneys for Plaintiff*

1