UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
STEVEN GUARINO,

                Plaintiff,        Case No. 07 CV 11618

   -against-

                                    **RULE 7.1 STATEMENT**

ROOMS.COM, INC. n/k/a WORLD TRAVEL
HOLDINGS, HOTEL DISTRIBUTION NETWORK,
PHOTIOS COUGENTAKIS a/k/a FRANK
COUGENTAKIS, ADRIAN COPPIETERS and
GEORGE DEMAKOS,
                Defendants

------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule .19) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Photios Cougentakis a/k/a Frank Cougentakis (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                    Not Applicable

Dated:  Jericho, New York
       January 23, 2008

                            LAW OFFICE OF WILLIAM J. TURKISH, PLLC

                            By: _____
                            William J. Turkish, Esq. (WJT-1547)
                            Attorney for Defendant
                            PHOTIOS COUGENTAKIS a/k/a
                            FRANK COUGENTAKIS
                            33 South Service Road
                            Jericho, NY 11753
                            (516) 338-0585
                            FAX: (516) 338-0685
                            File No. 6045.47