UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STEVEN GUARINO,

     Plaintiff,     Case No. 07 CV 11618

  -against-

              **STIPULATION OF
EXTENSION OF TIME**

ROOMS.COM, INC. n/k/a WORLD TRAVEL
HOLDINGS, HOTEL DISTRIBUTION NETWORK,
PHOTIOS COUGENTAKIS a/k/a FRANK
COUGENTAKIS, ADRIAN COPPIETERS and
GEORGE DEMAKOS,
     Defendants
----------------------------------------X

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties, that the Defendant, PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS' time to answer, move or otherwise appear in connection with the within Summons and Complaint is hereby extended until February 25, 2008.

  **IT IS FURTHER STIPULATED AND AGREED** that the Defendant, PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS waives all defenses of lack of personal jurisdiction due to improper service.

  **IT IS FURTHER STIPULATED AND AGREED** that the facsimile signature of this Stipulation will have the full force and effect of the original.

Dated: Jericho, New York
   January 23, 2008

              BRODSKY & SMITH, LLC

              By: _____
              Attorney for Plaintiff
              240 Mineola Blvd.
              Mineola, NY 11501
              (516) 744-4977

              LAW OFFICE OF WILLIAM J. TURKISH, PLLC

              By: _____
              William J. Turkish, Esq. (WJT-1547)
              Attorney for Defendant
              PHOTIOS COUGENTAKIS a/k/a
              FRANK COUGENTAKIS
              33 South Service Road
              Jericho, NY 11753
              (516) 338-0585
              FAX: (516) 338-0635
              File No. 6045.47