## Law Offices of
## William J. Turkish, PLLC

Attorney at Law

**MEMO ENDORSED**

33 South Service Road · Suite 121 · Jericho, New York 11753
Tel: 516-338-0585  Fax: 516-338-0685  Email: turklaw33@aol.com

February 4, 2008

**VIA FAX: (212) 805-7949**
US District Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Guarino v. Rooms.com, et al
        U.S. District Court
        Southern District of New York
        Case No. 07 CV 11618
        File No. 6045.47

*[Handwritten endorsement: Conference adjourned from Feb 15 to March 14, 2008 at 10:00 am. SO ORDERED. /s/ 2-4-08]*

Honorable Sir:

    Please be advised that the undersigned represents one of the Defendants, Photios Cougentakis a/k/a Frank Cougentakis, in the above matter. At this time, and with the consent of Plaintiff's counsel, it is respectfully requested that the initial Pre-Trial Conference currently scheduled for February 15, 2008, at 11:45 A.M., be adjourned for a period of thirty (30) days until Friday, March 14, 2008 so as to enable the parties to undertake initial settlement discussions as well as to allow the parties ample time to resolve issues as to representation of counsel on behalf of the other named Defendants who have not, as of this date, been served with the Summons and Complaint. No prior requests for adjournments or extensions have been made.

    Please confirm the consent of the Court to the foregoing request and if you have any questions, please feel free to contact the undersigned.

                    Very truly yours,

                    William Turkish

WJT/ejg

cc.: Brodsky & Smith, LLC
     Marc Ackerman, Esq. (FAX) (610) 667-9029

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

WJT/constructamax/rooms.com/guarino/ltr/castal 2.4.08