UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



STEVEN GUARINO,

    Plaintiff,

v.

ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS, HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS, ADRIAN COPPIETERS, and GEORGE DEMAKOS,

    Defendants.

Civil Action No. 1:07-cv-11618

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

**MEMO ENDORSED**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Evan J. Smith, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Marc L. Ackerman, Esquire |
| Firm Name: | Brodsky & Smith, LLC |
| Address: | Two Bala Plaza, Suite 602 |
| City/State/Zip: | Bala Cynwyd, PA 19004 |
| Phone Number: | (610) 667-6200 |
| Fax Number: | (610) 667-9029 |
| Email Address: | mackerman@brodsky-smith.com |

Marc L. Ackerman, Esquire is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Marc L. Ackerman, Esquire in any State or Federal Court.

Dated: March 13, 2008

Respectfully Submitted,

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith, Esquire
240 Mineola Blvd.
Mineola, NY 11501
Telephone: (516) 741-4977
Facsimile: (516) 741-0626

*[Handwritten endorsement: Application granted / subject to the provision of a duplicate / SO ORDERED 3-14-08]*