UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GUARINO,<br><br>Plaintiff,<br><br>v.<br><br>ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS, HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS, ADRIAN COPPIETERS, and GEORGE DEMAKOS,<br><br>Defendants. | Civil Action No. 1:07-cv-11618<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Evan J. Smith, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Marc L. Ackerman, Esquire |
| Firm Name: | Brodsky & Smith, LLC |
| Address: | Two Bala Plaza, Suite 602 |
| City/State/Zip: | Bala Cynwyd, PA 19004 |
| Phone Number: | (610) 667-6200 |
| Fax Number: | (610) 667-9029 |
| Email Address: | mackerman@brodsky-smith.com |

Marc L. Ackerman, Esquire is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Marc L. Ackerman, Esquire in any State or Federal Court.

Dated: March 13, 2008

Respectfully Submitted,

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith, Esquire
240 Mineola Blvd.
Mineola, NY 11501
Telephone:   (516) 741-4977
Facsimile:    (516) 741-0626

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GUARINO,<br><br>    Plaintiff,<br><br>v.<br><br>ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS, HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS, ADRIAN COPPIETERS, and GEORGE DEMAKOS,<br><br>    Defendants. | Civil Action No. 1:07-cv-11618<br><br>AFFIDAVIT OF EVAN J. SMITH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

State of Pennsylvania )
         ) ss.
County of Montgomery )

Evan J. Smith, being duly sworn, hereby deposes and says as follows:

  1.  I am an attorney and partner at Brodsky & Smith, LLC, counsel for Stephen Guarino in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Marc L. Ackerman, Esquire as counsel *pro hac vice* to represent the Plaintiff in this matter.

  2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law during the October 2002 Term of the Appellate Division of the Supreme Court for the Third Judicial Department. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3.  I have known Marc L. Ackerman, Esquire for almost six (6) years.

  4.  Mr. Ackerman is my partner at Brodsky & Smith, LLC in Bala Cynwyd, PA.

5. I know Mr. Ackerman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Marc L. Ackerman, Esquire *pro hac vice*.

7. In compliance with Rule 1.3(c) of the Local Rules of the United States district Courts for the Southern and Eastern Districts of New York, I have attached a Certificate of Good Standing for Mr. Ackerman issued within the past thirty days.

8. I respectfully submit a proposed order granting the admission of Marc L. Ackerman, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Marc L. Ackerman, Esquire, *pro hac vice,* to represent the Plaintiff in the above-captioned matter, be granted.

Dated: March 13, 2008

Respectfully Submitted,

_____
Evan J. Smith, Esquire (ES3254)



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Marc L. Ackerman, Esq.*

DATE OF ADMISSION

*November 20, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 10, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON ARIAIL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>XETHANOL CORPORATION, LAWRENCE S. BELLONE, CHRISTOPHER D'ARNAUD-TAYLOR and JEFFERY S. LANGBERG,<br><br>      Defendants. | Civil Action No. 1:06-cv-10234 (HB)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* ON**<br>**WRITTEN MOTION** |

  Upon the motion of Evan J. Smith, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:  Marc L. Ackerman, Esquire
    Firm Name:    Brodsky & Smith, LLC
    Address:     Two Bala Plaza, Suite 602
    City/State/Zip:   Bala Cynwyd, PA 19004
    Phone Number:   (610) 667-6200
    Fax Number:    (610) 667-9029
    Email Address:   mackerman@brodsky-smith.com

is admitted to practice *pro hac vice* as counsel for the Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008

                          _____
                          UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

    I, Evan J. Smith, hereby certify that the attached motion for *Pro Hac Vice* and supporting documents were filed with the Clerk of Court of the SDNY this 14th day of March, 2008 and hand delivered to William Turkish, counsel for Defendant Photios Cougentakis.

Dated: March 13, 2008

                                                  Evan J. Smith, Esquire