AO 440 (Rev. 10/93) Summons in a Civil Action     RETURN OF SERVICE

07-cv-11618

SERVICE OF    SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE
EFFECTED (1) BY ME:    OUT OF STATE
TITLE:    PROCESS SERVER

DATE: 03-10-2008   08:45 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant.

GEORGE DEMAKOS

Place where served: 286 NEW GATE LOOP, LAKE MARY FL, 32746

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CHARLOTTE DEMAKOS, WIFE

Relationship to defendant: SPOUSE

Description of person accepting service:

SEX: F   AGE: 38   HEIGHT: 5'8   WEIGHT: 130   SKIN: WHITE   HAIR: BLACK   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03/10/2008

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: EVENA J. SMITH, ESQ.
PLAINTIFF: STEVEN GUARINO
DEFENDANT: ROOMS.COM, LLC, NKA WORLD TRAVEL HOLDINGS, ET AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11618

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

RR

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 03-10-2008  8:45 AM |
| NAME OF SERVER (PRINT) NANCY J. HARRIS | TITLE Certified Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CHARLOTTE DEMAKOS, WIFE

☐ Returned unexecuted _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-10-2008
          Date

Signature of Server: Nancy J. Harris
P.O. Box 948074
MAITLAND, FL 32794-8074
Address of Server
C.P.S. # 2008-0308-HAR

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.