AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE** 07-CV-11618

SERVICE OF: SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE
EFFECTED (1) BY ME: MALGORZATA SLADEK
TITLE: PROCESS SERVER    DATE: 03/11/2008 11:20AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ROOMS.COM A/K/A WORLD TRAVEL HOLDINGS

Place where served:

10 HARBOR PARK DRIVE 1ST FLOOR PORT WASHINGTON NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LORAINE PEREZ

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F  AGE: 51-65  HEIGHT: 5'4"-5'8"  WEIGHT: 161-200 LBS.  SKIN: WHITE  HAIR: GRAY  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/31/20 08

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: EVAN J. SMITH, ESQ.
PLAINTIFF: STEVEN GUARINO
DEFENDANT: ROOMS.COM, LLC., NKA WORLD TRAVEL HOLDINGS, ET AL
VENUE: DISTRICT OF NY
DOCKET: 07 CV 11618

DONNA M. CIULLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 28, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.