**Law Offices of**
# William J. Turkish, PLLC
Attorney at Law

**MEMO ENDORSED**

33 South Service Road, Suite 121 · Jericho, New York 11753
516·338·0585  Fax: 516·338·0685  Email: turklaw3@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

May 6, 2008

**VIA FAX: (212) 805-7949**
US District Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  Guarino v. Rooms.com, et al
           U.S. District Court
           Southern District of New York
           Case No. 07 CV 11618
           File No. 6045.47

Honorable Sir:

    Please be advised that the undersigned represents the Defendants, Rooms.com, Inc. and Photios Cougentakis a/k/a Frank Cougentakis, in the above matter. At this time, and with the consent of Plaintiff's counsel, it is respectfully requested that the initial Pre-Trial Conference currently scheduled for Friday, May 9, 2008, be adjourned for a period of thirty (30) days until June 9, 2008. At this time, the parties have agreed that the matter will be transferred from the Southern District to the Eastern District as a result of the fact that the Eastern District is the correct venue for the proceedings.

    Additionally, one of the Defendants, George Demakos, has recently been served and has apparently retained counsel. However, neither Mr. Demakos nor his counsel have formally appeared and/or answered and it would be appropriate for Mr. Demakos and his counsel to be involved in any discovery schedule.

    Notwithstanding the foregoing, it is anticipated that within the next ten (10) days, Plaintiff's counsel will be preparing a Stipulation and Order transferring the case from the Southern District to the Eastern District as stated above.

    Please confirm the consent of the Court to the foregoing request and if you have any questions, please feel free to contact the undersigned.

                                  Very truly yours,

                                  William Turkish

WJT/ejg

cc.: Brodsky & Smith, LLC
     Marc Ackerman, Esq. (FAX) (610) 667-9029

WJT/constructamax/rooms.com/guarino/ltr/castel 5.6.08

*Handwritten endorsement: Conference is adjourned from May 9 to June 13, 2008 at 11:45 a.m. SO ORDERED. P. Kevin Castel, USDJ 5-2-08*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 5/6/08