UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN GUARINO,

      Plaintiff,      NOTICE OF APPEARANCE

                Case Number: 07-cv-11618

ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS,
HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS
a/k/a/ FRANK COUGENTAKIS, ADRIAN COPPIETERS,
and GEORGE DEMAKOS,

      Defendants.

---

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORDS**

  PLEASE TAKE NOTICE, that the defendant, GEORGE DEMAKOS, by his attorneys LAW OFFICES OF MICHAEL D. SOLOMON, hereby appears in the above entitled action, and that the undersigned has been retained as attorney(s) for said defendant(s) therein and hereby certifies that I am admitted to practice in this Court.

Dated: Levittown, New York
    May 30, 2008

                  _____
                  DANIEL J. HERRERA, ESQ.
                  LAW OFFICES OF
                  MICHAEL D. SOLOMON, ESQ.
                  Attorney for the Defendant – George Demakos
                  2950 Hempstead Turnpike
                  Levittown, New York  11756
                  (516) 579-6200

TO:  Marc Ackerman, Esq.
    Brodsky & Smith, LLC
    Attorney for Plaintiff
    Two Bala Plaza - Suite 602
    Bala Cynwyd, PA  190004
    (610) 667-6200

    LAW OFFICES OF WILLIAM J. TURKISH
    WILLIAM J. TURKISH, ESQ.

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents

Attorney for Co-Defendants – Rooms.Com, Inc. n/k/a
World Travel Holdings, Hotel Distribution and Photios
Cougentakis, a/k/a Frank Cougentakis
33 South Service Road – Suite 121
Jericho, New York 11753
(516) 333-0585

HOTEL DISTRIBUTION NETWORK
Co-Defendants Pro Se
121 East 1st, Street
Sanford, Florida 32771

ADRIAN COPPIETER,
Co-Defendants Pro Se
121 East 1st, Street
Sanford, Florida 32771

STATE OF NEW YORK )
                            ss.:
COUNTY OF NASSAU )

   MARIA ZATZ, being duly sworn, deposes and says: I am not a party to the within action and I am over 18 years of age.  On May 30, 2008, I served a true copy of a **NOTICE OF APPEARANCE**

on Marc Ackerman, Esq.
  Brodsky & Smith, LLC
  Attorney for Plaintiff
  Two Bala Plaza - Suite 602
  Bala Cynwyd, PA   190004
  (610) 667-6200

  LAW OFFICES OF WILLIAM J. TURKISH
  WILLIAM J. TURKISH, ESQ.
  Attorney for Co-Defendants – Rooms.Com, Inc. n/k/a
  World Travel Holdings, Hotel Distribution and Photios
  Cougentakis, a/k/a Frank Cougentakis
  33 South Service Road – Suite 121
  Jericho, New York   11753
  (516) 333-0585

  HOTEL DISTRIBUTION NETWORK
  Co-Defendants Pro Se
  121 East 1st, Street
  Sanford, Florida   32771

  ADRIAN COPPIETER
  Co-Defendants Pro Se
  121 East 1st, Street
  Sanford, Florida   32771

by depositing a true and correct copy of the same enclosed in a postpaid and properly addressed envelope, in an official depository maintained and exclusively controlled by the U.S. Postal Service within New York State, directed to each person at respective said address(es), that being the address(es) within the state designated for that purpose upon the last papers in this action or the place where the above then resided or kept offices according to the best information which can be conveniently obtained at this time.

                _____
                MARIA ZATZ

Sworn to before me this 30th day
of May, 2008

_____
  NOTARY PUBLIC

PDF Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

Index No.  07-cv-11618

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------------------STEVEN GUARINO,

                Plaintiff,

   -against-

ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS,
HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS
a/k/a/ FRANK COUGENTAKIS, ADRIAN COPPIETERS,
and GEORGE DEMAKOS,

                Defendants.
-----------------------------------------------------------------------------------------------------------------
**NOTICE OF APPEARANCE**
-----------------------------------------------------------------------------------------------------------------

                 Law Offices of
               MICHAEL D. SOLOMON
               Attorney for Plaintiff
               2950 Hempstead Turnpike
               Levittown, New York 11756
               (516)579-6200
               Facsimile (516)579-2409
-----------------------------------------------------------------------------------------------------------------
Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts Of New York State, certifies that, upon information and belief and reasonable inquiry, the Contentions contained in the annexed document are not frivolous.

*Dated:*                                                                            _____

-----------------------------------------------------------------------------------------------------------------
**Service of a copy of the within**                        **is hereby admitted.**

**Dated:**

                                                                        _____
                                                                        **Attorney(s) for**
-----------------------------------------------------------------------------------------------------------------
**PLEASE TAKE NOTICE**

( ) **NOTICE OF ENTRY**        that the within is a (certified) true copy of an Order entered in the office of the clerk of the within Court on

( ) **NOTICE OF**
     **SETTLEMENT**                 that an Order of which is a true copy will be presented before the Hon.       , one of the Judges of the within named Court at , on       , at       A.M.

**Dated:**
                                                               **Law Offices of**
                                                               **MICHAEL D. SOLOMON**
                                                               **Attorney for the Plaintiff**
                                                               **2950 Hempstead Turnpike**
                                                               **Levittown, New York 11756**