UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN GUARINO,

                               Case No. 07-cv-11618

              **Plaintiff,**

  -against-                          **ANSWER**

ROOMS.COM, INC. n/k/a WORLD
TRAVEL HOLDINGS, HOTEL
DISTRIBUTION NETWORK; PHOTIOS
COUGENTAKIS a/k/a/ FRANK
COUGENTAKIS, ADRIAN
COPPIETERS, and GEORGE
DEMAKOS,

              **Defendants.**
------------------------------------------------------------------X

      Defendant, GEORGE DEMAKOS, by his attorneys, the **LAW OFFICES OF**

**MICHAEL D. SOLOMON**, answers the Complaint herein as follows:

1. Denies knowledge and information sufficient to form a belief as to the allegations contained in the paragraph(s) of the complaint designated as paragraphs "1", "2", "4", "5", "10", "11", "12", "15", "`16", "17", "19", "20", "21", "22", "23", "26", "27", "31", "34", "37", "38", "39", "41", "42", "44", "45", "46", "47", "48", "49", "50", "51", "52", "66" "112" and "124".

2. Denies each and every allegations in paragraph "3", except admits that Defendant Hotel Distribution Network Corporation ("HDN") is the predecessor company of Rooms.com.

3. Denies each and every allegation contained in the paragraph(s) of the complaint designated as paragraphs "6", "24", "29", "30", "33". "35", "40", "43", "53", "56", "59", "60", "61", "62,", "63", "64", "65", "70", "71", "72", "74", "76", "77", "78",

"79", "81", "83", "84", "85" "87", "88","90", "91", "92", "93", "94", "95", "97", "98", "99", "100", "102", "103", "104", "105", "106", "107", "108", "109", "110", "111", "113", "114", "115", "119", "121", "122", "125", "127", "128", "130", and "131".

4. Denies each and every allegation contained in the paragraph(s) of the complaint designated "7", "8", "9", "13", "54", "55", "57", "58", "68", "69", "73", "80", "89", "117", "118", "120", and "126", respectfully referring all questions of law to the Court for decision at the time of trial.

5. Admits the allegation contained in the paragraph(s) of the complaint designated as paragraph "11", "14", and "36".

6. Denies each and every allegations in paragraph "18", except admits that on June 19, 2002, Hotel Discounts Network announced a name change to Hotel Distribution Network. .

7. Denies each and every allegations in paragraph "25", except admits that in February 2003, Defendants Demakos and Coppieters voted to add Defendant Cougentakis as a director of HDN.

8. Denies each and every allegations in paragraph "28", except admits that on information and belief, on or abut February 10, 2003, HDN prepared and issued a Private Placement Memorandum.  As a result, HDN secured an additional $695.000.00 from twelve (12) investors.

9. Denies each and every allegations in paragraph "32", except admits that on information and belief, in and around July 2003, Cougentakis held a meeting with Demakos, Coppieters and Gil Sternbacck, an HDN executive.

10. Defendants, repeat, reiterate and reallege each and every allegation set forth in paragraphs "67", "75", "82", "86", "96", "101", "106", "116", "123", and "129".

## AFFIRMATIVE DEFENSES
## STATUTE OF LIMITATIONS

11. Plaintiff(s) claims are barred to the extent they exceed the applicable statutes of limitation.

## VENUE

12. Plainitff(s) claims are barred as this matter has been brought forth in the incorrect venue.

## FAILURE TO MITIGATE DAMAGES

13. Plaintiff(s) claims for monetary relief are barred to the extent hew/she failed to mitigate his/her asserted damages.

## EQUITABLE DEFENSES

14. Plaintiff(s) claims are barred to the extent they are subject to the equitable defenses of unclean hands, waiver, laches and estoppel.

## ADEQUATE REMEDIES AT LAW

15. In the event that plaintiff(s) may be found to be entitled to some relief, plaintiff has adequate remedies at law.

## FAILURE TO STATE CAUSE OF ACTION

16. The plaintiff(s)' complaint fails to state a cause of action upon which relief can be granted.

## INDESPENSABLE PARTY

17. Plaintiff(s) has failed to join an indispensable party to this suit and the complaint must be dismissed.

## FRIVOLOUS LAWSUIT

18. That the plaintiff(s)' claims are frivolous within the meaning of the Federal Rules of Civil Practice, thereby entitling this answering defendants to costs and/or reasonable attorneys fees against the plaintiff(s).

Dated:   Levittown, New York
        May 30, 2008                                                          Yours, etc.

                                                                               _____
                                                                             DANIEL J. HERRERA
                                                                             LAW OFFICES OF
                                                                             MICHAEL D. SOLOMON
                                                                             Attorney for Defendant – George Demakos
                                                                             2950 Hempstead Turnpike
                                                                             Levittown, New York   11756
                                                                             (516) 579-6200

TO:   Marc Ackerman, Esq.
       Brodsky & Smith, LLC
       Attorney for Plaintiff
       Two Bala Plaza - Suite 602
       Bala Cynwyd, PA  190004
       (610) 667-6200

       LAW OFFICES OF WILLIAM J. TURKISH
       WILLIAM J. TURKISH, ESQ.
       Attorney for Co-Defendants – Rooms.Com, Inc. n/k/a
       World Travel Holdings, Hotel Distribution and Photios
       Cougentakis, a/k/a Frank Cougentakis
       33 South Service Road – Suite 121
       Jericho, New York   11753
       (516) 333-0585

       HOTEL DISTRIBUTION NETWORK
       Co-Defendants Pro Se

121 East 1st, Street
Sanford, Florida   32771

ADRIAN COPPIETER, Pro Se
Co-Defendants Pro Se
121 East 1st, Street
Sanford, Florida   32771

