UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN GUARINO,

                              Plaintiff,

   -against-

ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS, HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS a/k/a/ FRANK COUGENTAKIS, ADRIAN COPPIETERS, and GEORGE DEMAKOS,

                              Defendants.
------------------------------------------------------------------X

Case No. 07-cv-11618

Stipulation Extending Time
        To Answer

      **IT IS HEREBY STIPULATED** that the time for the defendant, **GEORGE DEMAKOS,** to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 31st day of May, 2008.  The defendant waives jurisdictional defenses.

Dated: May 9, 2008

                                                  _____
                                                  **MARC ACKERMAN, ESQ.**
                                                  Attorney(s) for Plaintiff