**MEMO ENDORSED**

LAW OFFICES
**BRODSKY & SMITH, LLC**

TWO BALA PLAZA, SUITE 602
BALA CYNWYD, PA 19004

610.667.6200
FAX 610.667.9029
WWW.BRODSKY-SMITH.COM

NEW YORK OFFICE
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
516.741.4977

CALIFORNIA OFFICE
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
310.300.8425

NEW JERSEY OFFICE
1040 KINGS HIGHWAY NORTH, SUITE 601
CHERRY HILL, NJ 08034
856.795.7250

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08
```

June 10, 2008

**VIA FACSIMILE (212.805.7949)**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Steven Guarino v. Rooms.com, Inc. et al.
            U.S.D.C. Southern District of New York
            <u>Civil Action No. 07 cv 11618</u>

Dear Judge Castel:

        We represent the plaintiff, Steven Guarino, in the above-referenced matter. At this time, and with consent of all defense counsel, it is respectfully requested that the initial pre-trial conference currently scheduled for June 13, 2008 be adjourned for a period of thirty (30) days until July 11, 2008.

        As you are aware, the parties have agreed that the matter will be transferred from the Southern District to the Eastern District. To date, the parties have also been involved in significant settlement negotiations. As a result, the parties have not yet formalized the transfer of the action to the Eastern District. If the parties are not able to resolve the matter in the next two weeks, plaintiff will prepare the Stipulation and Order to transfer the matter to the Eastern District. Please confirm the consent of the Court to this request and if you have any questions, please contact me.

                                    Respectfully,

                                    Marc Ackerman

cc:  William J. Turkish, Esquire
       Daniel J. Herrera, Esquire

*[Handwritten endorsement:] Initial conference adjourned from June 13 to July 18, 2008 at 11:30 am in contemplation of a settlement or transfer. SO ORDERED. [signature] USDJ 6-11-08*