

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN GUARINO,

          Plaintiff,　　　　　　　　　NOTICE OF
　　　　　　　　　　　　　　　　　　　　　　APPEARANCE

                                                 Case Number: 07-cv-11618

ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS,
HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS
a/k/a/ FRANK COUGENTAKIS, ADRIAN COPPIETERS,
and GEORGE DEMAKOS,

          Defendants.

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORDS

      PLEASE TAKE NOTICE, that the defendant, GEORGE DEMAKOS, by his attorneys LAW OFFICES OF MICHAEL D. SOLOMON, hereby appears in the above entitled action, and that the undersigned has been retained as attorney(s) for said defendant(s) therein and hereby certifies that I am admitted to practice in this Court.

Dated: Levittown, New York
         July 3, 2008

                                               MICHAEL D. SOLOMON, ESQ.
                                               (Federal Id #: 4542)
                                             LAW OFFICES OF
                                             MICHAEL D. SOLOMON, ESQ.
                                             Attorney for the Defendant – George Demakos
                                             2950 Hempstead Turnpike
                                             Levittown, New York  11756
                                             (516) 579-6200

TO:    Marc Ackerman, Esq.
         Brodsky & Smith, LLC
         Attorney for Plaintiff
         Two Bala Plaza - Suite 602
         Bala Cynwyd, PA  190004
         (610) 667-6200

         LAW OFFICES OF WILLIAM J. TURKISH

WILLIAM J. TURKISH, ESQ.
Attorney for Co-Defendants – Rooms.Com, Inc. n/k/a
World Travel Holdings, Hotel Distribution and Photios
Cougentakis, a/k/a Frank Cougentakis
33 South Service Road – Suite 121
Jericho, New York   11753
(516) 333-0585

HOTEL DISTRIBUTION NETWORK
Co-Defendants Pro Se
121 East 1st, Street
Sanford, Florida   32771

ADRIAN COPPIETER,
Co-Defendants Pro Se
121 East 1st, Street
Sanford, Florida   32771

STATE OF NEW YORK    )
                                        ss.:
COUNTY OF NASSAU  )

      MARIA ZATZ, being duly sworn, deposes and says: I am not a party to the within action and I am over 18 years of age. On July 3, 2008, I served a true copy of a **NOTICE OF APPEARANCE**

on    Marc Ackerman, Esq.
       Brodsky & Smith, LLC
       Attorney for Plaintiff
       Two Bala Plaza - Suite 602
       Bala Cynwyd, PA  190004
       (610) 667-6200

       LAW OFFICES OF WILLIAM J. TURKISH
       WILLIAM J. TURKISH, ESQ.
       Attorney for Co-Defendants – Rooms.Com, Inc. n/k/a
       World Travel Holdings, Hotel Distribution and Photios
       Cougentakis, a/k/a Frank Cougentakis
       33 South Service Road – Suite 121
       Jericho, New York   11753
       (516) 333-0585

       HOTEL DISTRIBUTION NETWORK
       Co-Defendants Pro Se
       121 East 1st, Street
       Sanford, Florida   32771

       ADRIAN COPPIETER
       Co-Defendants Pro Se
       121 East 1st, Street
       Sanford, Florida   32771

by depositing a true and correct copy of the same enclosed in a postpaid and properly addressed envelope, in an official depository maintained and exclusively controlled by the U.S. Postal Service within New York State, directed to each person at respective said address(es), that being the address(es) within the state designated for that purpose upon the last papers in this action or the place where the above then resided or kept offices according to the best information which can be conveniently obtained at this time.

                                                                       MARIA ZATZ

Sworn to before me this 3rd day
of July, 2008

       NOTARY PUBLIC

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

Index No. 07-cv-11618

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------STEVEN
GUARINO,

                        Plaintiff,

     -against-

ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS,
HOTEL DISTRIBUTION NETWORK; PHOTIOS COUGENTAKIS
a/k/a/ FRANK COUGENTAKIS, ADRIAN COPPIETERS,
and GEORGE DEMAKOS,

                        Defendants.
-----------------------------------------------------------------------------------------------
                       NOTICE OF APPEARANCE
-----------------------------------------------------------------------------------------------

                       Law Offices of
                       MICHAEL D. SOLOMON
                       Attorney for Plaintiff
                       2950 Hempstead Turnpike
                       Levittown, New York 11756
                       (516)579-6200
                       Facsimile (516)579-2409
-----------------------------------------------------------------------------------------------
*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts Of New York State, certifies that, upon information and belief and reasonable inquiry, the Contentions contained in the annexed document are not frivolous.*

Dated:                                                           _____

-----------------------------------------------------------------------------------------------
Service of a copy of the within             is hereby admitted.

Dated:

                                        _____
                                        Attorney(s) for
-----------------------------------------------------------------------------------------------
PLEASE TAKE NOTICE

( ) NOTICE OF ENTRY     that the within is a (certified) true copy of an Order entered in the office of the clerk of the within Court on

( ) NOTICE OF
     SETTLEMENT              that an Order of which is a true copy will be presented before the
                           Hon.           , one of the Judges of the within named Court at
                           , on           , at      A.M.

Dated:

                                      Law Offices of
                                      MICHAEL D. SOLOMON
                                      Attorney for the Plaintiff
                                      2950 Hempstead Turnpike
                                      Levittown, New York 11756