USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN GUARINO,

                        Plaintiff,

v.

ROOMS.COM, INC. n/k/a WORLD
TRAVEL HOLDINGS, HOTEL
DISTRIBUTION NETWORK; PHOTIOS
COUGENTAKIS a/k/a FRANK
COUGENTAKIS, ADRIAN
COPPIETERS, and GEORGE
DEMAKOS,

                        Defendants.

CASE NO. 07-cv-11618  (file)

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
PURSUANT TO FRCP 41(a)(1)(ii)**

        IT IS HEREBY STIPULATED jointly by and between Plaintiff STEVEN

GUARINO and Defendants ROOMS.COM, INC. n/k/a WORLD TRAVEL HOLDINGS,

PHOTIOS COUGENTAKIS a/k/a FRANK COUGENTAKIS and GEORGE DEMAKOS

(all of the parties that have appeared in the action, the "Parties") that the above-captioned

action be and hereby is dismissed without prejudice pursuant to FRCP 41 (a)(1)(ii).

        Each Party will bear its own costs and attorneys' fees.

        The Parties request that the Court retain jurisdiction to enforce a settlement

agreement currently being negotiated between the Parties by issuing an Order that

explicitly retains jurisdiction to enforce said settlement agreement.

Dated: July 15, 2008                    **BRODSKY & SMITH, LLC**

                                        By:
                                        Evan J. Smith (ES3254)
                                        Marc L. Ackerman (*pro hac vice*)
                                        240 Mineola Boulevard
                                        Mineola, NY 11501
                                        (516) 741-4977
                                        (516) 741-0626 (facsimile)
                                        Counsel for Plaintiff

Dated: July 15, 2008

**LAW OFFICES OF WILLIAM
TURKISH, PLLC**

By:

William J. Turkish, Esquire (WJT-1547)
33 South Service Road
Jericho, NY 11753
(516) 338-0585
(516) 338-0685 (facsimile)

Counsel for Defendants Rooms.com, Inc.
and Photios Cougentakis a/k/a Frank
Cougentakis

Dated: July 15, 2008

**LAW OFFICES OF MICHAEL D.
SOLOMON**

By:

Daniel Herrera, Esquire
2950 Hempstead Turnpike
Levittown, NY 11756
(516) 579-6200
(516) 579-2409 (facsimile)

Counsel for Defendant George Demakos

SO ORDERED

USDJ

7/16/08

2